OPHIR J. BITTON, CA Bar No. 204310
ophir.bitton@bittonlaw.com
CESAR G. LACHICA, JR., CA Bar No. 266634
cesar@bittonlaw.com
BITTON & ASSOCIATES
7220 Melrose Avenue, 2nd Floor
Los Angeles, CA 90046
Telephone: 310.356-1006
Facsimile: 818.524.9045

Attorneys for Plaintiffs
LEA SMADJA and ANDREW RODRIGUEZ
on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA M. SMADJA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00379-SVW (JCx)<br><br>[Case Assigned to the Hon. Stephen V. Wilson – Courtroom 10A]<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Time: 1:30 p.m.<br>Date: April 8, 2019<br>Ctrm: 10A |

**TO EACH PARTY AND COUNSEL OF RECORD:**

 PLEASE TAKE NOTICE that on April 8, 2019, at 1:30 p.m. in the above-entitled Court, Plaintiff LEA SMADJA will move the Court, pursuant to Federal Rules of Civil Procedure, Rule 23(e), for: (1) Preliminary Approval of the Stipulation of Settlement of Class Action and Release of Claims ("Settlement Agreement"); (2) provisional certification of a settlement class and of Plaintiff Lea Smadja and Andrew Rodriguez as class representatives and their attorneys as class counsel; (3) approval of the form of notice and method of giving notice to class members; and, (4) a date to hear a motion for final approval of the settlement, award of class representative service payments, and an award of attorneys' fees and costs.

 In support of this Motion, Plaintiff relies on the Stipulation of Settlement of Class Action and Release of Claims; Memorandum in support of this motion; Declarations of Ophir J. Bitton, Michael Singer, and Brian R. Short, [proposed] Order, and such further arguments of counsel and other information as the Court may receive before and at the hearing of this Motion.

Dated: March 1, 2019        BITTON & ASSOCIATES

             /S/ Ophir J. Bitton
             Ophir J. Bitton
            Attorneys for Plaintiffs
            LEA M. SMADJA and
            ANDREW RODRIGUEZ