1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LEA M. SMADJA, an individual, on
behalf of herself and all others similarly
situated,

        Plaintiff,

        v.

PETSMART, INC., a Delaware
Corporation; and DOES 1-50, inclusive,

        Defendants.

Case No. 2:17-cv-00379-SVW (JCx)

[Case Assigned to the Hon. Stephen V.
Wilson – Courtroom 10A]

[~~PROPOSED~~] ORDER GRANTING
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

Time: 1:30 p.m.
Date: [DATE]
Ctrm: 10A

---

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1    The Court, having fully reviewed the Motion for Order Granting Preliminary
2  Approval of Class Action Settlement, the supporting Points and Authorities,
3  Declarations of Ophir J. Bitton, Michael Singer, and Brian R. Short, the Stipulation
4  of Settlement of Class Action and Release of Claims ("Settlement Agreement"), its
5  Addendum,  the Notice of Class Action Settlement, and in recognition of the Court's
6  duty to make a preliminary determination as to the reasonableness of any proposed
7  class action settlement and, if preliminarily determined to be reasonable, to ensure
8  proper notice is provided to Class Members in accordance with due process
9  requirements, and to conduct a Final Approval hearing as to the good faith, fairness,
10  adequacy and reasonableness of any proposed settlement, HEREBY MAKES THE
11  FOLLOWING DETERMINATIONS AND ORDERS:

12    1.    The Court finds, on a preliminary basis, that the Settlement Agreement
13  incorporated in full by this reference and made a part of this Order Granting
14  Preliminary Approval appears to be within the range of reasonableness of a
15  settlement which could ultimately be given final approval by this Court. The Court
16  notes that Defendant PetSmart, Inc. ("Defendant") agreed to pay the non-
17  reversionary Maximum Settlement Amount of $2,420,000 in full satisfaction of the
18  claims as more specifically described in the Settlement Agreement.

19    2.    The Court also finds that, on a preliminary basis, the Settlement is fair
20  and reasonable to all members of the Class when balanced against the probable
21  outcome of further litigation relating to class action certification, liability and
22  damages issues, and potential appeals of rulings. The Court further finds that
23  significant investigation, research, litigation, formal and informal discovery have
24  been conducted such that Counsel for the Parties are able to reasonably evaluate their
25  respective positions. The Court further finds that Settlement at this time will avoid
26  substantial costs, delay and risks that would be presented by the further prosecution
27  of the litigation, and that the proposed Settlement has been reached as the result of
28  intensive, informed and non-collusive and arms'-length negotiations between the

6. Smadja
Rodriguez Prelim

1

Parties. ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY GRANTED.

3.    As a part of preliminary approval, the Court accepts and incorporates the Settlement Agreement and hereby conditionally certifies the following class of persons, for purposes of this Settlement only, pursuant to the terms and condition contained in said Settlement Agreement, the Class defined as follows:

> All current and former non-exempt employees of Defendant who worked in the State of California as Salon Associates, including Salon Leaders, Pet Stylists, Stylist in Training ("SIT") and Bathers, or if any such person is incompetent, deceased, or unavailable due to military service,  the person's legal representative or successor in interest evidenced by reasonable verification, at any time during the period from November 12, 2012 through the date of the entry of an Order granting Preliminary Approval.

4.    The Court approves and appoints Plaintiffs Lea M. Smadja and Plaintiff Andrew Rodriguez as Class Representatives.

5.    The Court approves and appoints Bitton & Associates, ShortLegal, and Cohelan Khoury & Singer as Class Counsel.

6.    The Court approves and appoints Rust Consulting, Inc., as the Settlement Administrator to administer the Settlement pursuant to the terms of the Settlement Agreement.

7.    The Court finds that the Notice of Class Action Settlement ("Notice Packet") advises the Class of the pendency of the Class Action, of the proposed Settlement terms, of the preliminary Court approval of the Settlement, of the automatic payment of a proportionate share of the Settlement monies if the Class Member does not request to be excluded, of the released claims, of the estimated amount each may expect to receive pursuant to the proposed Settlement, of their right to submit objections or requests for exclusion and of the manner and timing for doing either of these acts and of the Final Approval hearing date, time and place, and

6. Smadja
Rodriguez Prelim

1   their right to file documentation in support of or in opposition to the Settlement and

2   to appear in connection with said hearing. The Court finds the Class Notice clearly

3   comports with all constitutional requirements including those of due process.

4   ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY

5   APPROVES THE PROPOSED CLASS NOTICE.

6       8.      The Court finds the mailing to the Class Member's present and last

7   known address, with safeguards to perform reasonable skip traces of returned as

8   undeliverable Notice Packets, constitutes an effective method of notifying Class

9   Members of their rights with respect to the proposed Settlement. ACCORDINGLY,

10  IT IS HEREBY ORDERED that:

11      (a)     No later than twelve (12) calendar days after the entry of the

12  Preliminary Approval Order, Defendant shall forward to the appointed Settlement

13  Administrator, the Class Data as provided for by the terms of the Settlement

14  Agreement;

15      (b)     No later than fourteen (14) business days after receipt of the Class

16  Data, the Settlement Administrator shall mail to each Class Member, by first class

17  United States mail, postage pre-paid, the Notice Packet; and,

18      9.      IT IS FURTHER ORDERED that:

19      (a)     Requests for Exclusion. Requests for Exclusion from the

20  Settlement must be faxed or mailed to the Settlement Administrator and confirmed,

21  faxed or postmarked no later than forty-five (45) calendar days after the from the

22  initial mailing of the Notice Packet to the Class ("Response Deadline"). The

23  Response Deadline for a Request for Exclusion will be extended fifteen (15)

24  calendar days for any Class Member who is re-mailed a Notice Packet by the

25  Settlement Administrator in accordance with the notice procedure described in the

26  Settlement Agreement.

27      (b)     Objections and Intention to Appear at Final Approval Hearing.

28  Notices of Objection to Settlement must be submitted in writing and explain in clear

6. Smadja
Rodrieuez Prelim

1  and concise terms, the basis for each objection, setting forth the factual and legal
2  arguments in support of the objection. All papers in support of an objection must be
3  mailed to the Settlement Administrator, and must be postmarked on or before the
4  Response Deadline. The Notice of Objection must contain the Class Member's name
5  and address, and must be personally signed by the Class Member. Class Members
6  who fail to file and serve a timely and valid Notice of Objection will be deemed to
7  have waived all objections to the Settlement and will be foreclosed from making any
8  objections, whether by appeal or otherwise, to the Settlement Agreement. Class
9  Members who mail a timely and valid Notice of Objection will have the right to
10 appear at the Final Approval Hearing in order to have their objections heard by the
11 Court. The Response Deadline for An Objection and Notice of Intent to Appear will
12 be extended fifteen (15) calendar days for any Class Member who is re-mailed a
13 Notice Packet by the Settlement Administrator in accordance with the notice
14 procedure described in the Settlement Agreement.

15      10.    The Amended Consolidated Complaint attached as Exhibit 1 to the
16 Settlement Agreement is deemed filed and served as of the date of this Order.

17      11.    IT IS FURTHER ORDERED a hearing to consider and determine (i)
18 whether the Settlement Agreement should be finally approved, (ii) whether Class
19 Counsel's application for attorneys' fees and costs should be approved, and (iii)
20 whether the application for a Class Representative incentive award should be
21 approved, is hereby set for __July 15__, 2019 at __3__ p.m. The parties'
22 briefing schedules shall be calculated according to Central District Local Rules. All
23 other deadlines in the Action are hereby stayed pending the final approval hearing.

24      12.    IT IS FURTHER ORDERED that if, for any reason, the Court does not
25 execute and file an Order Granting Final Approval and Judgment, or if the Effective
26 Date, as defined by the Settlement Agreement, does not occur for any reason
27 whatsoever, the Settlement Agreement and the proposed Settlement subject of this
28 Order and all evidence and proceedings had in connection therewith, shall be null

6. Smadja
Rodriguez Prelim

1   and void and without prejudice to the *status quo ante* rights of the Parties to the

2   litigation as more specifically set forth in the Settlement Agreement.

3       13.    The Court expressly reserves the right to adjourn or to continue the

4   Final Approval hearing from time-to-time without further notice to Class Members,

5   except that notice of a continuance shall be provided to all Class Members who

6   submit a Notice of Objection.

7   IT IS SO ORDERED.

8

9

10  Dated:   4/2/19

11                                              Stephen V. Wilson
                                                United State District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6 Smadja
Rodriguez Prelim

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT