OPHIR J. BITTON, CA Bar No. 204310
ophir@bittonlaw.com
CESAR G. LACHICA, JR., CA Bar No. 266634
cesar@bittonlaw.com
**BITTON & ASSOCIATES**
7220 Melrose Avenue, 2nd Floor
Los Angeles, CA 90046
Telephone: 310-356-1006 / Facsimile: 818-524-1224

Brian R. Short, CA Bar No. 236140
Brian@shortlegal.com
**SHORTLEGAL, APC**
350 10th Ave., Suite 1000
San Diego, California 92101
Telephone: 619.272.0720 / Facsimile: 619.839.3129

Michael D. Singer, CA Bar No. 115301
msinger@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, California 92101
Telephone: 619.595.3001 / Facsimile: 619.595.3000

Attorneys for Plaintiffs LEA SMADJA and ANDREW RODRIGUEZ
on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA M. SMADJA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00379-SVW (JCx)<br><br>[Case Assigned to the Hon. Stephen V. Wilson – Courtroom 10A]<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date:    July 15, 2019<br>Time:    3:00 p.m.<br>Ctrm:    10A |

NOTICE IS HEREBY GIVEN that on July 15, 2019 at 3:00 p.m., in Courtroom 10A of the above-captioned Court located at 350 W. 1st Street, California 90012, before the Honorable Stephen V. Wilson, presiding, Plaintiffs Lea M. Smadja and Andrew Rodriguez ("Plaintiffs"), on behalf of themselves and the Conditionally Certified Class will move this Court for an Order to:

1.    Finally adjudicate the Settlement is fair, adequate and reasonable;

2.    Direct distribution of the Settlement benefits by the Settlement Administrator to all participating Settlement Class Members in accordance with the Settlement Agreement;

3.    Approve and direct the payment of $33,098 to Rust Consulting, Inc., ("Rust"), for its fees and costs in administering the Settlement;

4.    Approve and direct the payment of $37,500 (75% of $50,000) to the California Labor and Workforce Development Agency ("LWDA") as its share of the settlement for civil penalties;

5.    Approve and direct payment of $605,000 (25%) to Class Counsel for their attorneys' fees, and $18,101.54 (originally estimated at $30,000) as reimbursement of their litigation costs.

6.    Approve and direct the Class Representative Service Award of $15,000 to be paid to the Plaintiff/Class Representative Lea M. Smadja;

7.    Approve and direct the Class Representative Service Award of $10,000 to be paid to the Plaintiff/Class Representative Andrew Rodriguez;

8.    Direct the Clerk of the Court to enter final judgment, and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on April 2, 2019 [Dkt. No. 37] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who

have embraced the Settlement, made no objections to the Settlement, and only three requests for exclusion. The proposed Settlement should now be finally approved, as more fully discussed in the accompanying Memorandum in Support of Final Approval of Class Action Settlement and Entering Final Judgment.

  This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities in support, the Declarations of Class Counsel Ophir J. Bitton, Brian R. Short, and Michael D. Singer; the Declaration of Andrew Meyer, on behalf of Rust Consulting, Inc., the appointed Settlement Administrator; the Declarations of the Plaintiffs/Class Representatives Lea M. Smadja and Andrew Rodriguez; the Motion for Order Granting Preliminary Approval of Class Action Settlement [Dkt. No. 34], the Settlement Agreement [Dkt. No. 34-6], the Addendum to Settlement Agreement [Dkt. No. 34-8], the Order Granting Preliminary Approval of Class Action Settlement [Dkt. No. 37], and such other records and files as may be properly presented at or before the hearing.

        BITTON & ASSOCIATES
        SHORTLEGAL, APC
        COHELAN KHOURY & SINGER

Dated: June 17, 2019    By: _____ /s/ *Ophir J. Bitton* _____
          Ophir J. Bitton
        Attorneys for Plaintiffs
        LEA M. SMADJA and
        ANDREW RODRIGUEZ